**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:26-cv-25701-LEIBOWITZ/HERNANDEZ**

**KEILY GONZALEZ DUARDO, *et al.*,**

*Plaintiffs,*

*v.*

**MARKWAYNE MULLIN, *et al.*,**

*Defendants.*

______________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [ECF No. 6], filed October 6, 2026. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***without prejudice***. The ***Clerk of Court*** is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record